**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TODD SANDERSON, Individually and on Behalf of All Others Similarly Situated, c/o Faruqi & Faruqi, LLP, 685 Third Avenue, 26th Floor, New York, NY 10017<br><br>          Plaintiff,<br><br>     v.<br><br>QUALITY CARE PROPERTIES, INC., SERVE ON: CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 St. Paul St., Ste. 820 Baltimore, MD 21202 (Baltimore city),<br><br>MARK S. ORDAN c/o Quality Care Properties, Inc. 7315 Wisconsin Avenue SUITE 250-W Bethesda, MD 20814,<br><br>GLENN G. COHEN c/o Quality Care Properties, Inc. 7315 Wisconsin Avenue SUITE 250-W Bethesda, MD 20814,<br><br>JERRY L. DOCTROW c/o Quality Care Properties, Inc. 7315 Wisconsin Avenue SUITE 250-W Bethesda, MD 20814,<br><br>PAUL J. KLAASSEN c/o Quality Care Properties, Inc. 7315 Wisconsin Avenue SUITE 250-W Bethesda, MD 20814, | Case No. 8:18-cv-01912-TDC |


| | |
|---|---|
| PHILIP R. SCHIMMEL<br>c/o Quality Care Properties, Inc.<br>7315 Wisconsin Avenue<br>SUITE 250-W<br>Bethesda, MD 20814,<br><br>KATHLEEN SMALLEY<br>c/o Quality Care Properties, Inc.<br>7315 Wisconsin Avenue<br>SUITE 250-W<br>Bethesda, MD 20814,<br><br>and<br><br>DONALD C. WOOD<br>c/o Quality Care Properties, Inc.<br>7315 Wisconsin Avenue<br>SUITE 250-W<br>Bethesda, MD 20814,<br><br>      Defendants. | |

## NOTICE OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Todd Sanderson, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice as to himself and without prejudice as to all others similarly situated. This Court shall retain continuing jurisdiction for purposes of entertaining a mootness fee application, if any, which shall be filed under this cause number.

Dated: July 13, 2018

|  |  |
|---|---|
|  | **TYDINGS & ROSENBERG, LLP** |
|  | */s/ Daniel S. Katz* |
|  | Daniel S. Katz Federal Bar No. 01148 |
|  | One East Pratt Street |
|  | Suite 901 |
|  | Baltimore, MD 21202 |
| **OF COUNSEL:** | Telephone: (410) 752-9725 |
|  | Email: dkatz@tydingslaw.com |
| **FARUQI & FARUQI, LLP** |  |
| Nadeem Faruqi | *Counsel for Plaintiff* |
| James M. Wilson, Jr. |  |
| 685 Third Ave., 26th Fl. |  |
| New York, NY 10017 |  |
| Telephone: (212) 983-9330 |  |
| Email: nfaruqi@faruqilaw.com |  |
| Email: jwilson@faruqilaw.com |  |

*Counsel for Plaintiff*

2