UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TODD SANDERSON,

    Plaintiff,

v.

QUALITY CARE PROPERTIES, INC.,
MARK S. ORDAN,
JERRY L. DOCTROW,
PAUL J. KLAASSEN,
PHILIP R. SCHIMMEL,
KATHLEEN SMALLEY,
DONALD C. WOOD, and
GLENN G. COHEN,

    Defendants.

Civil Action No. TDC-18-1912

## ORDER

On July 13, 2018, Plaintiff Todd Sanderson filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 5. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice as to Sanderson and without prejudice as to all others similarly situated.

The Clerk is directed to close this case.

Date: July 13, 2018

THEODORE D. CHUANG
United States District Judge